# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                    CASE NO.  3:06CR101LAC

HALEIFU GOLDSMITH

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   September 28 , 2006

Motion/Pleadings:   MOTION OF HALEIFU GOLDSMITH FOR SEVERANCE OF DEFENDANTS AT TRIAL

Filed by DEFENDANT _____ on _9/27/2006_ Doc.# 37

RESPONSES:

BY GOVERNMENT _____ on _9/28/2006_ Doc.# 42

_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_s/Mary Maloy_

LC (1 OR 2)              Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of September, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

_s/ L.A. Collier_

**LACEY A. COLLIER**
***Senior United States District Judge***

Entered On Docket: _____ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to: _____