UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                               CASE NO. 3:06cr101LAC

HALEIFU GOLDSMITH

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   October 19, 2006
Motion/Pleadings:   MOTION FOR JUDGMENT OF ACQUITTAL AND/OR NEW TRIAL
Filed by DEFENDANT                  on   10/13/2006      Doc.# 54
RESPONSES:
BY GOVERNMENT                       on   10/16/2006      Doc.# 55
                                    on                   Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    s/Mary Maloy
LC (1 OR 2)                         Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 24th day of October, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b)* _____

                                    s/ *L.A. Collier*
                                    ***LACEY A. COLLIER***
                                    *Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.