**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                CASE NO. 3:06cr101 LAC

HALEIFU GOLDSMITH

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   AUGUST 13, 2008

Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Filed by DEFENDANT PRO SE   on 8/8/08   Doc.# 115

RESPONSES:
BY GOVERNMENT   on 8/15/08   Doc.# 116
RESPONSE BY DEFT   on 10/9/08   Doc.# 121

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                      Deputy Clerk: Mary Maloy

### ORDER

*Upon consideration of the foregoing, it is ORDERED this 15th day of October, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) §3582 does not apply.*

                                                              *s/L.A. Collier*
                                                              ***LACEY A. COLLIER***
                                            ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.