IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


UNITED STATES OF AMERICA

vs.                                           Case Nos.: 3:06cr101/LAC/EMT
                                                       3:16cv270/LAC/EMT

HALEIFU GOLDSMITH
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report
and Recommendation dated February 4, 2019 (ECF No. 181).  The parties have been
furnished a copy of the Report and Recommendation and have been afforded an
opportunity to file objections pursuant to Title 28, United States Code, Section
636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that it
should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and
incorporated by reference in this order.

2.     The Motion to Correct Sentence under 28 U.S.C. § 2255 (ECF No. 175)
is **DENIED**.

2.      A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 7th day of March, 2019.


_____s/L.A. Collier_____
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:06cr101/LAC/EMT; 3:16cv270/LAC/EMT